No. 88–7315. BRITT, AKA KLEIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7330. HAGEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–7345. HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–603. ARIZONA v. FLINT. Ct. App. Ariz. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 88–1796. ILLINOIS v. VOUGHT. App. Ct. Ill., 2d Dist. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 88–1648. NORFOLK SHIPBUILDING & DRYDOCK CORP. v. NANCE ET AL. C. A. 4th Cir. Motion of the parties to remand denied. Certiorari denied.

No. 88–1675. MORAN v. PERRY ET AL. Sup. Ct. Wash. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 88–1751. NORTHWEST FOREST RESOURCE COUNCIL v. PORTLAND AUDUBON SOCIETY ET AL. C. A. 9th Cir. Motion of Mountain States Legal Foundation for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 88–6897. WESTLEY v. TEXAS. Ct. Crim. App. Tex.; and
No. 88–7090. BENNETT v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. Reported below: No. 88–6897, 754 S. W. 2d 224; No. 88–7090, 766 S. W. 2d 227.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.